ADAM PAUL LAXALT
  Attorney General
Frank A. Toddre II (Bar. No. 11474)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3149 (phone)
(702) 486-3773 (fax)
ftoddre@ag.nv.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>    Plaintiff,<br><br>vs.<br><br>R. HINOJOSA, et al.,<br><br>    Defendants. | Case No. 2:16-cv-00376-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS** |

    Plaintiff Rickie Slaughter, appearing in proper person and Defendants Guy Brown, Pam Del Porto, and Dwight Neven, by and through legal counsel, Nevada Attorney General Adam Paul Laxalt, and Deputy Attorney General and Frank A. Toddre II, hereby stipulate that the above captioned civil action shall be dismissed, with prejudice, each party to bear his or her own costs. A settlement was reached on Friday, December 9, 2016, at a Court Ordered Early Mediation Conference.

///
///
///
///
///
///
///
///

The Settlement Agreement has been signed by all appropriate parties, and the form and content has been approved by Counsel for both parties. The Court has set a deadline to submit the instant stipulation by January 9, 2017.

DATED December 15, 2016.

Plaintiff Rickie Slaughter

By: _____
Rickie Slaughter #85902
Ely State Prison
Po Box 1980
Ely, Nevada 89301-1989
*Plaintiff in Proper Person*

DATED December 20, 2016.

ADAM PAUL LAXALT
Nevada Attorney General

By: _____
Frank A. Toddre II
Nevada Bar No. 11474
Deputy Attorney General
Office of the Nevada Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants Guy Brown, Pam Del Porto, and Dwight Neven*

## ORDER

Dated: December 27, 2016.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE